United States District Court
Eastern District of Michigan

Salif A. Kourouma,

    Plaintiff,

v.

Benjamin A. Anchill, Assistant U.S. Attorney, U.S. Department of Justice,

    Defendant.

Civil No.

Honorable
Mag. Judge

## Notice of Removal

Defendant, Benjamin A. Anchill, petitioner herein, by his attorneys, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, hereby removes this action (Case No. 24172736), which is now pending in the 36th Judicial District for the State of Michigan from said state court to the United States District Court for the Eastern District of Michigan, Southern Division.

Plaintiff seeks to sue defendant Benjamin A. Anchill, who at all relevant times was an employee of the U.S. Attorney's Office, which is an agency of the United States of America. This action is removable under 28 U.S.C. § 1442 and 28 U.S.C. § 2679(d) because the Attorney General, through his designee, Kevin R. Erskine, Chief of the Civil Division of the United States Attorney's Office for the

Eastern District of Michigan, has certified that defendant Benjamin A. Anchill was acting within the scope of his employment at the time of the incident out of which this suit arose. (Exhibit A – Certification of Scope of Employment). As such, plaintiff's claim is one against the "United States or any agency thereof or any officer . . . of the United States or of any agency thereof, sued in an official or individual capacity for any act under color of such office . . . ."  28 U.S.C. § 1442(a)(1).

The above-entitled action was filed against defendant on or about November 25, 2024; formal service of process was made upon the petitioner on or about December 5, 2024. Copies of all process and pleadings in possession of petitioner are attached hereto.

Respectfully submitted,

Dawn N. Ison
United States Attorney

*s/Zak Toomey*
Zak Toomey
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
(313) 226-9617
Zak.Toomey@usdoj.gov
MO61618

Date:  December 10, 2024

2

## Certificate of Service

I hereby certify that on December 10, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

I further certify that I have mailed by U.S. mail the foregoing paper to the following non-ECF participants:

36th District Court
ATTN: Civil Division
421 Madison St.
Detroit, MI  48226
and sent via Fax to: (313) 967-7551

Salif A. Kourouma
37715 Lakewood Circle, Apt. 205
Westland, MI  48185

*s/Zak Toomey*
Zak Toomey
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
(313) 226-9617
Zak.Toomey@usdoj.gov
MO61618

SV Cert 12-5-24

| Approved, SCAO | | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|---|
| **STATE OF MICHIGAN**<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | 24171166 P01 CLA<br>11/25/24<br>DETROIT<br>PAID: | **SUMMONS** | | **CASE NO.**<br>24172736 A.HINNANT JOHN |

Court address: 421 Madison, Detroit, MI 48226-2358
Court telephone no.: 313-965-5952

**Plaintiff's name, address, and telephone no.**
Sagif A. Kourouma
37715 Lakewood circle
apt #205
Westland, Mi 48185
202 771 5185

v

**Defendant's name, address, and telephone no.**
Benjamin A. Anchill
Assistant United State Attorney
U.S. Department of Justice
211 W. Fort street
suite 2001
Detroit, Michigan 48226
313 226-9566

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

RECEIVED
USAO – EDMI
5 DEC 2024 12:12

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Issue date: 11/25/24
Expiration date: 2/24/25
Court clerk: [signature]

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

| Approved, SCAO | Original - Court / 1st copy - Defendant | 2nd copy - Plaintiff / 3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br>**36TH JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY PROBATE** | **COMPLAINT**<br>A 11/25/24<br>Page   of   pages | **CASE NO.**<br>24172736 |

Court address: Civil Division, 421 Madison St., Detroit, MI 48226-2358

Court telephone no: (313) 965-5952

**Plaintiff's name(s), address(es), and telephone no(s).**
SALIF A. KOUROUMA
37715 Lakewood circle apt 205
Westland, Mi 48185

v

**Defendant's name(s), address(es), and telephone no(s).**
Benjamin A Archill
Assistant United State Attorney
U.S. Department of Justice
211 W. Fort St suite 2001
Detroit, Mi 48226

$10.00

Dear 36th District court, can you're please make Ms Assistant United states attorney Benjamin A Arch and the U.S Department of justice stop give my Peebcule or child suppo money from IRS and Social security administrations to the court child support case#106467D And pay my elderly disability. I want to be remove from USA government system.

Date: 11/25/2025

Signature: [signed]

MC 01a (6/19) COMPLAINT

Salif Kourouma
37715 Lakewood circle
apt #205
Westland, Mi 48185

case # 241727-36
JDG: A HINNANT

V Benjamin A. Anchill
Assistant Attorney general
US Department of justice

Dear U.S justice department Ms Anchill Benjamin can you're recover all the funds that was paid to child support my case number 10 6v 67 DM and pay me. Plastic Ommium Auto Inergy didn't want to take me back after my FMLA leave, to was you're can pay me in to my fidelity account reopen it for me 77688 and send the rst in to my Liberty disability

RECEIVED
USAO - EDMI
5 DEC 2024 12:12

SALif Kourouma
37715 Lakewood circle
Apt #205
Westland, Michigan 48185

Benjamin A. Anchill
Assistant United state Attorney
U.S Department of justice
211 W. fort street
suite 2001
Detroit, Michigan 48226
313-226-9566