UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SALIF A. KOUROUMA,**<br><br>Plaintiff,<br><br>vs.<br><br>**BENJAMIN A. ANCHILL, UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>Defendants. | **2:24-CV-13278-TGB-EAS**<br><br>HON. TERRENCE G. BERG<br><br>**JUDGMENT** |

In accordance with the Opinion and Order entered on this date, regarding the above-entitled matter having come before the Court, it is **ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Dated: April 14, 2025
/s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE